IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 1:09-cr-00009 |
| v. ) | JUDGE HAYNES |
| JULIE A. CRUZ, ) | |
| Defendant. ) | |

### ORDER

I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 31st day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge