PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Christina A. Jaska</u>  Case Number: <u>1:09-00009-03</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>February 1, 2010</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Distribute and to Possess with Intent to Distribute Methylenedioxymethamphetamine (MDMA)</u>

Original Sentence: <u>30 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>March 29, 2012</u>

Assistant U.S. Attorney: <u>Brent A. Hannafan</u>  Defense Attorney: <u>Kenneth D. Quillen</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 10th day of Oct., 2013,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place   Nashville, Tennessee

Date    October 9, 2013

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.     Nature of Noncompliance

1.     **The defendant shall not commit another federal, state, or local crime.**

On July 3, 2013, Ms. Jaska was arrested by the Columbia Police Department and charged with Theft Under $500 for shoplifting. According to the arrest warrant, Ms. Jaska entered a Dollar General in Columbia, Tennessee. She concealed hair color products inside her purse and left without paying for the items. She was released from custody with a $2,000 bond on July 4, 2013. She was found guilty on September 4, 2013, and sentenced to 11 months and 29 days. The sentenced was suspended. She was ordered to have no contact with Dollar General and to pay all the fees and court costs. All fees and court costs were paid on September 4, 2013. The case is set for review on September 3, 2014, in Maury County General Sessions Court.

Ms. Jaska contacted the probation officer on July 8, 2013. She admitted taking the hair color products from the store. She stated that she stole the products because she did not have the money to pay for them.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Jaska began supervised release on March 29, 2012. She is scheduled to terminate supervised release on March 28, 2015.

Ms. Jaska has remained unemployed since beginning supervised release. Despite her unemployment, she has made efforts to obtain employment, though has been significantly hampered as she does not have a valid license and a limited history of work experience.

**U.S. Probation Officer Recommendation:**

It is recommended that Ms. Jaska be continued on supervised release with no further action at this time..

The U. S. Attorney's Office has been notified and concurs with this recommendation..

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer