IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09-00009 |
| | ) | Judge Trauger |
| | ) | |
| [1] JULIE A. CRUZ | ) | |

**O R D E R**

The court is in receipt of a letter with enclosures from defendant Julie Cruz dated December 23, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter and its enclosures as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of the letter, its enclosures and this Order.

It is so **ORDERED.**

Enter this 7th day of January 2014.

_____
ALETA A. TRAUGER
United States District Judge